IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| AUTONAVIGARE LLC, § <br> Plaintiff, § <br> § <br> vs. § <br> § <br> TOYOTA MOTOR NORTH AMERICA, § <br> INC. AND TOYOTA MOTOR SALES § <br> U.S.A., INC. § <br> Defendants. § | Case No. 2:24-cv-439 <br><br> JURY TRIAL DEMANDED |

**ORDER GRANTING DEFENDANTS' MOTION UNDER**
**FED. R. CIV. P. 12(B)(6) FOR FAILURE TO STATE A CLAIM**

The Court, having considered Defendants Toyota Motor North America, Inc.'s and Toyota Motor Sales U.S.A., Inc.'s Motion to Dismiss Plaintiff's Complaint, any opposition thereto, and the arguments presented, hereby finds that the motion should be GRANTED in its entirety.

IT IS HEREBY ORDERED that the Motion to Dismiss pursuant to Rule 12(b)(6) is GRANTED.

IT IS FURTHER ORDERED that Counts I, II, III, and IV of the Complaint are dismissed with prejudice.

IT IS FURTHER ORDERED that Plaintiff's claims for willful infringement pre-suit are dismissed with prejudice.